Hall
v.
Coe.

HALL *against* COE.

P. S. PARKER, moved to change the venue from the county of Chenango to the county of Steuben. He read an affidavit of the defendant, stating that the declaration consisted of two counts—the first in trover—the second for a malicious prosecution. That the cause of action in the first count arose in the county of Steuben, &c. and that in the second count in the state of Pennsylvania, &c. That the defendant had 12 witnesses residing in Steuben, &c.

*J. Platt*, contra, would not enter the lists as to the number of witnesses; but though the cause of action in the first count arose in Steuben, that in the second arose in Pennsylvania. Being for a malicious prosecution, and sounding *in tort*, it did not come within the rule that the number of witnesses is to control; but had the cause of action arisen in Chenango, the plaintiff might have retained the venue by stipulating to give material evidence arising in that county.

He submitted, whether it was not the same thing here. The cause of action arose, it is true, in Pennsylvania; but this entitles the plaintiff to lay his venue in any county in the state, and to retain it, upon the fiction that the cause of action arose there, provided he will stipulate. This stipulation will be satisfied by proof that the cause of action arose in a foreign country. (*Gerard* v. *De Robeck*, 1 H. Bl. 280.)

*In an action for a malicious prosecution in a neighboring state, the plaintiff may lay his venue in any county of this state, and retain it there, on stipulating to give material evidence arising in the county where it is laid, though the defendant have a greater number of witnesses residing in the county, to which he moves to change the venue.*

*And this, too, though the cause of action in another count, in trover, in the same declaration, arose in the county to which he moves to change the venue.*

*Curia.* Retain your venue, on stipulating to give material evidence arising in the county of Chenango.

*Platt* expressing his willingness to do this,

Rule accordingly.